**Opinion filed December 31, 2014**



## In The

# Eleventh Court of Appeals

_____

## No. 11-14-00232-CV

_____

## DIRECTORY ASSISTANTS, INC., Appellant

## V.

## BIG COUNTRY VEIN RELIEF, L.P., Appellee

**On Appeal from the 35th District Court**
**Brown County, Texas**
**Trial Court Cause No. CV0907226**

### MEMORANDUM OPINION

Appellant, Directory Assistants, Inc., has filed in this court an unopposed motion to dismiss the appeal. Appellant states that the parties "have finalized the settlement of their dispute," and Appellant requests that we dismiss the appeal in this matter. Therefore, in accordance with Appellant's request, we dismiss this appeal. *See* TEX. R. APP. P. 42.1(a)(1).

The motion is granted, and the appeal is dismissed.

December 31, 2014                                          PER CURIAM

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.